UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RENEE M. KILMER, | ) | Case No.: 14-CV-01149-LHK |
| Plaintiff, | ) ) | |
| v. | ) | **CASE MANAGEMENT ORDER** |
| HARTFORD LIFE and ACCIDENT INSURANCE CO., | ) ) ) ) | |
| Defendants. | ) ) | |

Clerk:  Martha Parker Brown          Plaintiff's Attorney: Alan E. Kassan
Reporter:  Lee-Anne Shortridge       Defendant's Attorney: Melissa M. Cowan

    An initial case management conference was held on August 6, 2014. A further case management conference is set for December 3, 2014, at 2:00 p.m.

    The Court ordered Plaintiff to serve her Initial Disclosures by August 8, 2014.

    The Federal Rules of Civil Procedure will govern this case.

    The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES is October 30, 2014.

FACT DISCOVERY CUTOFF is July 13, 2015.

EXPERT DISCOVERY:
    Opening Reports: July 31, 2015
    Rebuttal Reports: August 21, 2015
    Cut-off: September 21, 2015

DISPOSITIVE MOTIONS shall be filed by October 29, 2015, and are set for hearing on December 3, 2015 at 1:30 p.m. Each side will be allowed to file only one motion for summary judgment or summary adjudication in the entire case.


PRETRIAL CONFERENCE DATE is January 28, 2016, at 1:30 p.m.

JURY TRIAL DATE is February 22, 2016, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is 5 days.

**IT IS SO ORDERED.**

Dated: August 6, 2014



_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-01149-LHK
CASE MANAGEMENT ORDER